UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NEUROPHYSIOLOGIC INTERPRETIVE
SPECIALISTS, LLC,
                    Petitioner(s),

      -against-

1199 SEIU NATIONAL BENEFIT FUND,
                    Respondent(s),
-----------------------------------------------------------X

25 civ 2650 (JGK)

**ARBITRATION AWARD
SCHEDULING ORDER**

A petition to confirm an arbitration award has been filed with this Court.

The respondent shall serve and file papers in response to the petition by **May 2, 2025**.

The petitioner shall serve and file any reply papers by **May 23, 2025**.

The petitioner is directed to serve a copy of this order along with the petition on the respondent.

SO ORDERED.

                                                      JOHN G. KOELTL
                                      UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         April 4, 2025