UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEUROPHYSIOLOGIC INTERPRETIVE
SPECIALISTS, LLC,                                       25-cv-2650 (JGK)

          Plaintiff,                                  ORDER

    - against -

1199 SEIU NATIONAL BENEFIT FUND,

          Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a status letter by **May 5, 2025**. The status letter should indicate whether the parties request a referral to the Magistrate Judge for purposes of settlement and include the parties' proposals for briefing in this case. All deadlines remain stayed pending further order of the Court.

SO ORDERED.

Dated:    New York, New York
          April 30, 2025

                                          /s/ John G. Koeltl
                                            John G. Koeltl
                                    United States District Judge